**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wilens BERTRAND, Defendant–**
**Appellant.**

**No. 11–14431**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2012.

Diana Margarita Acosta, Theodore Cooperstein, Wifredo A. Ferrer, Justin Gelfand, Kathleen Mary Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Brenda G. Bryn, Peter Vincent Birch, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Thomas John Butler, Thomas Butler, PA, Miami Beach, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas John Bulter, appointed counsel for Wilens Bertrand in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bertrand's convictions and sentences are **AFFIRMED.**